**TRANSFER ORDER DECLINED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
AUG 10 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| Elliott R Rodriguez<br><br>v.   PLAINTIFF(S)<br><br>Provident Savings Bank, F.S.B et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:15-cv-01301-VAP-KKx<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 14-03<br>(RELATED CASES) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____      John F. Walter
Date                                                       United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:    Case No 13-1083

*[handwritten]:* Was filed against SLS Fargo Bank on 6/17/2013. Ct granted unopposed Motion to Dismiss on 9/4/2013. The claims alleged in 13-1083 + the Ds are different than claims + Ds in 15-1301

8/10/15                                     /s/ [signature]
Date                                               United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    5:13-cv-01083 JFW (DTBx)    and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge    Kenly Kiya Kato    to Magistrate Judge    David T. Bristow   .

On all documents subsequently filed in this case, please substitute the initials    JFW (DTBx)    after the case number in place of the initials of the prior judge, so that the case number will read    5:15-cv-01301 JFW(DTBx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc:    [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (03/15)           ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)