# SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 15-01301-VAP (KKx)                                Date:  August 25, 2015

Title:   ELLIOTT R. RODRIGUEZ -v- PROVIDENT SAVINGS BANK, F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON CSFB ARMT 2006-1
========================================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                            None Present
      Courtroom Deputy                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

      None                                                  None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) - ORDER VACATING DEFENDANTS' MOTION TO DISMISS CASE, (Docket No.10)

     Defendants' motion to dismiss case, (docket no. 10), presently set for August 31, 2015, is ordered VACATED, and shall stand submitted on the papers timely fiiled.