# SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 15-01301-VAP (KKx)                              Date: September 4, 2015

Title:      ELLIOTT R. RODRIGUEZ -v- PROVIDENT SAVINGS BANK, F.S.B.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON CSFB ARMT 2006-1

==========================================================================
PRESENT:  HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                None Present
    Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                         None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS) - TAKING MATTERS OFF CALENDAR

    Defendant Provident Savings Bank, F.S.B.'s Motion to Dismiss Case, (docket no. 13); and Plaintiff's Motion to Strike Defendant's Motion and Defenses, (docket no. 17), presently set for September 14, 2015, at 2:00 p.m., is taken OFF CALENDAR. The matters shall stand submitted on the papers timely filed.

MINUTES FORM 90                                      Initials of Deputy Clerk <u>md</u>
CIVIL -- GEN