JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT R. RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENT SAVINGS BANK,<br>F.S.B., et al.,<br><br>　　　　Defendants. | Case No. EDCV 15-01301-VAP (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 10 2015

VIRGINIA A. PHILLIPS
United States District Judge