# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Virginia A. Phillips

From: A. Bandek                    , Deputy Clerk    Date Received: 8/12/16

Case No.: 5:15-cv-01301-VAP-KKx    Case Title: Rodriguez v. Provident Savings Bank, F.S.B et al

Document Entitled: Judicial Approval for Recordation

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1       Documents must be filed electronically
- ☐ Local Rule 6-1         Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1      Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1       No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1      Document not legible
- ☐ Local Rule 11-3.8      Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1      No copy provided for judge
- ☐ Local Rule 11-6        Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8        Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1        Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7        Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1        Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1        Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2        Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5      No letters to the judge
- ☐ Fed. R. Civ. P. 5      No proof of service attached to document(s)
- ☑ Other:  Case close 12/10/15. Further judicial determination is needed.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                             U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____        _____
Date                             U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 - ORIGINAL-OFFICE | COPY 2 - JUDGE | COPY 3 - SIGNED & RETURNED TO FILER | COPY 4 - FILER RECEIPT |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA
### EASTERN DIVISION



ELLIOTT ROMAN RODRIGUEZ (PLAINTIFF)

PROVIDENT SAVINGS BANK F.S.B.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
WELLS FARGO BANK N.A.
US BANK N.A.
SEVERSON & WERSON P.C.
JEREMY T. KATZ his wife
JARLATH M. CURRAN II

(DEFENDANTS)

Case Number: 15-56860

JUDICIAL APPROVAL

FOR RECORDATION (CCP. 405.4)

## JUDICIAL APPROVAL FOR RECORDATION

The attached Notice of Pendency of Action presented by the within named Plaintiff, in pro persona, is hereby approved for recordation at the Office of the County Recorder wherein the real property described is situated.

The property affected is commonly known as:

4216 Wheeler St. Riverside CA 92503

_____
Judge

_____
Name (type or print)

PLEASE COMPLETE THIS INFORMATION
RECORDING REQUESTED BY:
Elliott Roman Rodriguez

AND WHEN RECORDED MAIL TO:

Elliott Roman Rodriguez
4216 Wheeler St
Riverside California 92503

| Page | DA | PCOR | Misc | Long | R RFD | A 1st Pg | Exam: Adtl Pg | Cert | CC |
|---|---|---|---|---|---|---|---|---|---|
| SIZE | NCOR | SMF | NCHG | T: | | | | | |

Space above this line for recorder's use only

NOTICE OF FRAUDULENT TRANSFER OF TITLE AND INTEREST

Title of Document

TRA: _____
DTT: _____

**THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
($3.00 Additional Recording Fee Applies)

ACR 233 (Rev. 05/2015)                    Available in Alternate Formats

**Recording Requested By:**
Elliott Roman Rodriguez
4216 Wheeler St
Riverside California 92503

**Record And Return To:**
Elliott Roman Rodriguez
4216 Wheeler St
Riverside California 92503
TEL: 951- 315-4744

DATE: 08/11/2016

Loan Number: **222-88806518, & 1205516073**
MERS Id # **100045700888065182**
APN#: **193-062-025-4**
Legal Description: See Attached Exhibit A

_____[Space Above This line For Recording Data]_____

# NOTICE OF FRAUDULENT TRANSFER OF TITLE AND INTEREST

---

TO:  Wells Fargo Bank National Association
     101 N. Phillips Ave.
     Sioux Falls SD.57104
     USPS Certified Mail # **7015 0640 0000 5981 7713**

   Mortgage Electronic Registration Systems, Inc.,
   P.O. Box 2026
   Flint, MI. 48501-2026
   USPS Certified Mail # **7015 0640 0000 5981 7720**

   PROVIDENT BANK F.S.B.
   3756 Central Ave.
   Riverside Ca. 92506
   USPS Certified Mail # **7015 0640 0000 5981 7737**

U.S. BANK National Association, As Trustee For Credit Suisse First
Boston CSFB ARMT 2006-1
60 Livingston Ave
St. Paul, Minnesota 55051
USPS Certified Mail # **7015 0640 0000 5981 7744**


America's Servicing Company
P. O. Box 10335
Des Moines, IA 50306-0328
USPS Certified Mail # **7015 0640 0000 5981 7751**


Severson & Werson, P.C.
19100 Von Karman Ave, Suite 7005
Irvine California 92612
USPS Certified Mail # **7015 0640 0000 5981 7768**

**Jeremy T. Katz**
**19100 Von Karman Ave. Suite 7005**
**Irvine California 92612**
**USPS Certified Mail #7015 0640 0000 5981 7775**

Jarlath M.Curran
19100 Von Karman Ave Suite 7005
Irvine California 92612
USPS Certified Mail # 7015 0640 0000 5981 7782

NDEx WEST LLC.As trustee
20955 Pathfinder Road. Suite 300
Diamond Bar California 91765.
USPS Certified Mail # 7015 0640 0000 5981 7799

Duke Partners II,LLC.
2015 Manhattan Beach Blvd, suite 100
Redondo beach Ca. 90278
USPS Certified Mail # 7015 1520 0002 2624 7330

**PLEASE TAKE NOTICE** that the undersigned disputes the claim of transfer of title and interest on Real Property located in the County of Riverside in the State of California, alleged to be in favor of NDEX WEST LLC. as Trustee for the PROVIDENT SAVINGS BANK F.S.B, WELLS FARGO BANK N.A Dba. AMERICA'S SERVICING CONPANY, and Mortgage Electronic

Registration Systems, Inc., P.O. Box 2026, Flint, MI. 48501, U.S BANK N.A. on the basis of fraudulent transfer, which Property is further described as follows:

(See legal description as EXHIBIT A)

The above-mentioned entities are not the proper real parties in interest, are not the owners of the note, or holders in due course, and have no legal standing upon which to transfer any interest in the underlying mortgage deed, or promissory note, and that any attempts to transfer any interest in the real property identified as: 4216 Wheeler St Riverside California 92503, constitutes fraud, and that I hereby place any prospective purchaser on notice that title is legally challenged.

I dispute the alleged mortgage debt in its entirety for being inaccurate, and I firmly believe that I have had fraud in the Factum committed against me for lack of full disclosure by the alleged entities listed above. The entities listed above are not proper party's in interest with respect to any Note Transaction flowing from, or to this Property and has neither Authority nor Standing to transfer an interest in the Property. Suit(s)are before the courts against all entities listed above, contesting any claim of title or interest by said entities, or prospective buyers for its own account or for others in succession, in which prayer for Relief, Quiet Title is demanded. Persons seeking to obtain an Interest herein are placed on Notice that a Controversy of competing claims exists regarding the ownership of the Property.

Dated this 11 day of August, 2016

_____
Elliott Roman Rodriguez,   Owner of Record

LEGAL DESCRIPTION OF PROPERTY

"EXHIBIT A"

The following described real property situated in the city of Riverside, County of Riverside, State of California.
Lot 2 of Track Medco California Homes, as shown by map on File in Book. 38, page 29 of Maps, Records of Riverside County, California. Also Known As: 4216 Wheeler St Riverside California 92503

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Riverside_____ )

On __08/11/16__ before me, __R. Castro Notary Public__
(insert name and title of the officer)

personally appeared __Elliott Roman Rodriguez__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

R. CASTRO
COMM #2014069
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires April 19, 2017

Signature _____ (Seal)